FILED

2010 JUL -6 AM 9: 54

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS. FLORIDA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA

### FORT MYERS DIVISION

Corrado G. GUARNERI and
Laura GUARNERI,
on behalf of themselves

Plaintiffs,                                        2:_10_-c_✓_-_427_-FtM-29DNF

                                  Case NO.: _____

vs.

                                  CLASS ACTION COMPLAINT

KNAUF PLASTERBOARD TIANJIN CO.LTD.,
THE KNAUF GIPS KG,
ROTHCHILT INTERNATIONAL LTD.

Defendants

_____/

Plaintiffs , Corrado G. GUARNERI and Laura GUARNERI ,bring this action on their own behalf against   Defendants ,  KNAUF PLASTERBOARD TIANJIN CO. LTD,  THE  KNAUF GIPS KG ,  ROTHCHILT  INTERNATIONAL LTD., and for their complaint allege, upon information and belief as follow:

## INTRODUCTION

1.   Plaintiffs bring this action on behalf of themselves as owners of a home in the State of Florida that was built using drywall manufactured ,processed, distributed, delivered, supplied ,inspected and /or sold by Defendants : KNAUF PLASTERBOARD TIANJIN CO.LTD.,THE KNAUF GIPS KG,ROTHCHILT INTERNATIONAL LTD.

2.   The drywall manufactured , processed,  distributed, delivered, supplied, inspected and /or sold by Defendants to build the home of Plaintiffs is defective and emits levels of sulfur, methane and /or other volatile organic compounds that cause corrosion of air -conditioners and refrigerator coils, digital controls of appliances, copper tubing, electrical wiring ,computer wiring and other household items ,as well as cerate noxious," rotten egg-like" odors . Defendants' drywall was  inherently defective and not suitable for its intended use .

## JURISDICTION AND VENUE

3.   Plaintiffs hereby incorporate by reference each of the preceding allegations as though fully set forth herein.

4.   This action is within the original jurisdiction of this Court by virtue of 28 U.S.C. {1332 (d) (2).

5.  Venue for this cause is proper in the Middle District of Florida ,pursuant to and in accordance  with 28 U.S.C. { 1391

## THE PARTIES

6.    Plaintiffs , Corrado GUARNERI and Laura GUARNERI, own a home located at 19404 La Serena Drive ,Fort Myers ,Florida.
Plaintiffs' home was built by Toll Brothers in July 2006 using Defendants' defective drywall.

7.   Upon information and belief ,Defendant, KNAUF PLASTERBOARD TIANJIN CO. LTD .,is an international corporation organized under the laws of China with its principal place of business located at North Yinhe  Bridge ,East  Jingjin  Road, Beichen District ,Tianjin,300400 P.R.C.

8.    Upon information and belief , Defendant ,THE KNAUF GIPS KG, is an international corporation organized  under the laws of Germany with its principal place of business located at Ridham  Dock, Kemsley, Sittingbourne,  Kent ME9 8SR,UK

9.   Upon information and belief ,Defendant, KNAUF PLASTERBOARD TIANJIN CO.LTD.,is a wholly owned subsidiary of Defendant, THE KNAUF GIPS KG

10.  Upon information and belief ,Defendant, ROTHCHILT INTERNATIONAL LTD., is an international corporation organized under the laws of China with its principal place of business located at N-510 Chia Hsin Bld.,Annex 96 Chung, Shan N.Rd.Sec.2,Taipei,Taiwan R.O.C.


## GENERAL ALLEGATIONS


11.   Defendants negligently manufactured ,processed ,distributed ,delivered, supplied ,inspected and /or sold defective drywall ,which was unreasonably dangerous in its normal use in that the drywall caused corrosion to air conditioning and refrigerator units, electrical wires and copper tubes, and caused allergic reactions ,coughing ,sinus and throat infection ,eye irritation ,breathing hazards, and other health concerns.

12.    Defendants 'drywall was made with waste material from scrubbers on coal-fired power plants ,also called "fly-ash". These materials can leak into the air and emit one of several sulfur compounds including sulfur dioxideand hydrogen sulfide .

13.    When combined with moisture in the air, these sulfur compounds create sulfuric acid. Sulfuric acid has been known to dissolve solder joints ,corrode coils and copper tubing creating leaks ,blackening coils and causing air conditioners and refrigerators to fail .Sulfuric acid has also been shown to corrode copper electrical wiring. Not only does it blacken and corrode coils, it can harm metal  such as chrome, brass and silver .

14.   Defendants 'defective drywall can not only affect air conditioners , but can affect and require replacement of all sorts of household items ,including but not limited to microwaves, lighting fixtures, faucets and silverware .

15.   In addition , the defective drywall has a noxious odor, similar to the smell of rotten eggs.

16.   Upon information and belief , over 10 million square feet of Defendants 'defective drywall was used  in the construction of Florida homes between 2004 and 2006.

17.   Defendants' actions will require Plaintiffs to remedy all defective drywall, performing extensive  remedial repairs to the home , and then repair the damaged property made visible during the performance of these repairs.

18.   As a result, the Plaintiffs have suffered and continue to suffer damages  as  a result of Defendants' defective drywall and the corrosive effects of the sulfur compounds. These damages include ,but are not limited to, the costs of inspection, the costs and expenses necessary to replace and remove the defective drywall, adjoining components ,insulation ,electrical wiring ,interior finishes, appliances, kitchen cabinets and personal property.

19.   Defendants' actions also resulted in substantial diminution in the value of Plaintiffs' home .

20.Defendants' actions also resulted in years of lack of enjoyment of Plaintiffs' home

21. Plaintiffs are entitled to compensatory damages ,equitable and declaratory relief, punitive damages ,costs and reasonable attorney's fees.

## PRAYER  FOR RELIEF

Wherefore, Plaintiffs demand judgment against the Defendants, jointly and severally, as follow :

a.   An order certifying the case as a Class Action, appointing Corrado and Laura Guarneri as Members of a class action ;

b.   Equitable, injunctive ,and declaratory relief;

c.  Damages  in an amount to be determined at trial;

d.  Pre-judgment and post-judgment interest at the maximum rate allowable at law;

e.  Treble, exemplary, and/or punitive damages including lack of enjoyment in the amount to be determined  at trial ;

f.  The costs and  disbursements incurred by Plaintiffs in connection with this action, including attorneys' fees, if any;

g.  All statutory and compensatory damages ;

h.  Disgorgement of Defendants' profits from the sale of  drywall;

Plaintiffs, hereby demand a trial as to all triable  issues .

Dated :  July 6, 2010

By: ................................................

Corrado  G. Guarneri          PRO SE LITIGANT
P. O. Box 11987
Naples , FL 34101
Telephone : 704-877-5111
E.Mail : LGUSA@netzero.net

................................................

Laura  Guarneri              PRO SE LITIGANT
P. O. Box 11987
Naples, FL 34101
Telephone : 704-877-5111
E.Mail : LGUSA@netzero.net